# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sullivan, Emmet G. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>8/9/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>333 Constitution Ave, NW<br>Washington, DC 20001 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Abramson Scholarship Foundation | Director |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Pension (D.C. Government) | $66,650.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AB Global Bond Advisor | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 2. Adidas AG Spons ADR | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 3. | | | J | T | Sold (part) | 02/24/17 | J | A | |
| 4. Alphabet Inc. C1 A | | None | J | T | Buy (add'l) | 02/06/17 | J | | |
| 5. Apple Inc. | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 6. Blackrock Inc. | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 7. Broadcom Ltd. | A | Dividend | | | Sold | 01/25/17 | J | A | |
| 8. Celgene Corp. | | None | | | Sold | 11/01/17 | J | A | |
| 9. Concho Resources Inc. | | None | | | Buy | 01/25/17 | J | | |
| 10. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 11. | | | | | Sold | 02/06/17 | J | A | |
| 12. Delaware Value Institutional Fund | A | Dividend | J | T | Sold (part) | 01/11/17 | J | A | |
| 13. | | | J | T | Sold (part) | 02/06/17 | J | A | |
| 14. | | | J | T | Sold (part) | 03/23/17 | J | A | |
| 15. Dreyfus Government Cash Mgmt Fund | A | Dividend | J | T | Buy (add'l) | 01/13/17 | J | | |
| 16. Expedia Inc New | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 17. Facebook Inc. Class A | | None | J | T | Buy | 02/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust Dorsey Wright Focus ETF | | None | J | T | Sold (part) | 02/06/17 | J | A | |
| 19. | | | J | T | Sold (part) | 04/20/17 | J | A | |
| 20. First Trust Emerging Markets Alphadex | A | Dividend | J | T | | | | | |
| 21. First Trust Europe Alphadex ETF | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 22. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 23. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 24. | | | | | Sold (part) | 12/21/17 | J | A | |
| 25. First Trust Healthcare Alphadex ETF | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 26. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 27. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 28. | | | | | Sold (part) | 10/04/17 | J | A | |
| 29. First Trust Japan Alphadex EFT | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 30. First Trust Large Cap Growth Opportunity | A | Dividend | J | T | Sold (part) | 04/19/17 | J | A | |
| 31. | | | | | Sold (part) | 10/04/17 | J | A | |
| 32. | | | | | Sold (part) | 12/21/17 | J | A | |
| 33. First Trust Large Cap Value Opportunity ETF | A | Dividend | J | T | Buy (add'l) | 10/04/17 | J | | |
| 34. | | | | | Sold (part) | 12/21/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust Mid Cap Core Alphadex | A | Dividend | J | T | Sold (part) | 04/19/17 | J | A | |
| 36. | | | | | Sold (part) | 07/10/17 | J | A | |
| 37. First Trust Morningstar Dividend ETF (same as FT Morningstar Dividend) | | None | J | T | Sold (part) | 01/17/17 | J | A | |
| 38. | | | J | T | Sold (part) | 02/06/17 | J | A | |
| 39. First Trust Nasdaq 100 Equal Weighted Index ETF | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 40. First Trust Nasdaq ABA Community Bk | | None | | | Sold | 01/06/17 | J | A | |
| 41. First Trust Nasdaq Bank ETF | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 42. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 43. First Trust Nasdaq Oil & Gas ETF | A | Dividend | J | T | Buy | 10/07/17 | J | | |
| 44. First Trust NYSE Arca Bio Tech Index | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 45. | A | | | | Sold (part) | 04/19/17 | J | A | |
| 46. | A | | | | Buy (add'l) | 10/04/17 | J | | |
| 47. First Trust Small Cap Core Alphadex | A | Dividend | J | T | Sold (part) | 04/19/17 | J | A | |
| 48. | | | | | Sold (part) | 07/10/17 | J | A | |
| 49. First Trust Technology Alphadex | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 50. First Trust US Equity Opportunity Fund | A | Dividend | | | Buy (add'l) | 04/19/17 | J | | |
| 51. | | | | | Sold | 10/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Group | A | Dividend | | | Buy | 02/06/17 | J | | |
| 53. | | | | | Sold | 07/21/17 | J | A | |
| 54. Halliburton Company | A | Dividend | | | Buy | 02/23/17 | J | | |
| 55. | | | | | Sold | 08/23/17 | J | A | |
| 56. Harbor International Institutional Fund | A | Dividend | J | T | Buy (add'l) | 12/27/17 | J | | |
| 57. Home Depot | A | Dividend | J | T | | | | | |
| 58. Index IQ ETF IQ Chalkin US Small Cap ETF | | None | J | T | Buy | 10/12/17 | J | | |
| 59. IShares Russell 1000 Value ETF | A | Dividend | J | T | Buy (add'l) | 03/08/17 | J | | |
| 60. IShares Russell 1000 Growth ETF | A | Dividend | J | T | Buy (add'l) | 03/08/17 | J | | |
| 61. JP Morgan Chase & Company | | None | J | T | Buy | 01/11/17 | J | | |
| 62. | | | J | T | Buy (add'l) | 01/17/17 | J | | |
| 63. JP Morgan Mid Cap Value Select (same as JPM Midcap) | A | Dividend | J | T | | | | | |
| 64. MFS International Value Fund | A | Dividend | J | T | Buy (add'l) | 12/26/17 | J | | |
| 65. Oppenheimer Internationall Small Mid Co | A | Dividend | J | T | Buy (add'l) | 12/26/17 | J | | |
| 66. Prudential Total Return Bond Fund | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 67. | | | J | T | Buy (add'l) | 03/01/17 | J | | |
| 68. | | | J | T | Sold (part) | 03/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prudential Premier Retirement Variable Annuity (H) | | | | | | | | | |
| 70. -AST T Rowe Price Asset Allocation | None | | L | T | Buy (add'l) | 01/03/17 | J | | |
| 71. | | | | | Sold (part) | 01/04/17 | J | A | |
| 72. | | | | | Sold (part) | 04/03/17 | J | A | |
| 73. | | | | | Sold (part) | 07/03/17 | J | A | |
| 74. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 75. | | | | | Sold (part) | 12/13/17 | J | A | |
| 76. -AST Prudential Growth Allocation | None | | M | T | Sold (part) | 01/03/17 | J | A | |
| 77. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 78. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 79. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 80. | | | | | Sold (part) | 10/02/17 | K | A | |
| 81. | | | | | Sold (part) | 12/13/17 | J | A | |
| 82. -AST Advanced Strategies Portfolio | None | | L | T | Buy (add'l) | 01/03/17 | J | | |
| 83. | | | | | Sold (part) | 04/03/17 | J | A | |
| 84. | | | | | Sold (part) | 07/03/17 | J | A | |
| 85. | | | | | Sold (part) | 10/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/13/17 | J | A | |
| 87. -AST Schroders Global Tactical Portfolio | | None | | | Sold (part) | 01/03/17 | J | A | |
| 88. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 89. | | | | | Sold | 04/28/17 | J | A | |
| 90. Raymond James Financial Inc. | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 91. T Rowe Price Emerging Markets Stock Fund | A | Dividend | J | T | Buy (add'l) | 12/26/17 | J | | |
| 92. T Rowe Price Growth Stock Fund | A | Dividend | J | T | | | | | |
| 93. Under Armour | | None | | | Sold | 02/09/17 | J | A | |
| 94. United Health Group | A | Dividend | J | T | Buy (add'l) | 03/21/17 | J | | |
| 95. Vanguard Strategic Small Cap Equity | | None | | | Sold | 10/13/17 | J | A | |
| 96. Visa | A | Dividend | J | T | | | | | |
| 97. Cash - Janney Montgomery Scott, LLC | | None | J | T | | | | | |
| 98. Rental Property I Income (Washington, DC) | E | Rent | O | S | | | | | |
| 99. Rental Property II Income (Washington, DC) | F | Rent | P1 | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 8/9/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Line Item 111: One-third interest Rental Property I (Washington, DC) - the assessed total value is $706,000.00

Line Item 112 : One-half interest in Rental Property II (Washington, DC) - the assessed total value is $1,400,000.00

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544